FILED '19 06 19 PM12:40 MDGA-MAC

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT
## for the
### Middle District of Georgia
### Division

Case No. **5 : 19-CV- 2 4 5**

*(to be filled in by the Clerk's Office)*

Jonathan Brian Thomas

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

-v-

Christopher M. Carr, Sherry Campbell, Clarence
Williams, William Childs

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names. Do not include addresses here.)*

Jury Trial: *(check one)*   ☒ Yes  ☐ No

# COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
## (Non–Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I.      The Parties to This Complaint

### A.      The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Jonathan Brian Thomas |
| Address | 220 Sedgebrook Drive |

| Warner Robins | Georgia | 31088 |
|---|---|---|
| *City* | *State* | *Zip Code* |

| | |
|---|---|
| County | Houston |
| Telephone Number | 808-936-6914 |
| E-Mail Address | jbthomas@d-cubed.org |

### B.      The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Christopher M. Carr |
| Job or Title *(if known)* | Attorney General, State of Georgia |
| Address | 40 Capitol Square, SW |

| Atlanta | GA | 30334 |
|---|---|---|
| *City* | *State* | *Zip Code* |

| | |
|---|---|
| County | Fulton |
| Telephone Number | 404-656-8733 |
| E-Mail Address *(if known)* | |

☐ Individual capacity      ☒ Official capacity

Defendant No. 2

| | |
|---|---|
| Name | Sherry Campbell |
| Job or Title *(if known)* | Judge, Municipal Court of Warner Robins, Georgia |
| Address | 233 North Houston Road, Suite 115 |

| Warner Robins | GA | 31093 |
|---|---|---|
| *City* | *State* | *Zip Code* |

| | |
|---|---|
| County | Houston |
| Telephone Number | 478-302-5600 |
| E-Mail Address *(if known)* | |

☐ Individual capacity      ☒ Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Defendant No. 3

| | |
|---|---|
| Name | Clarence Williams |
| Job or Title *(if known)* | Municipal Court Prosecutor |
| Address | 233 North Houston Road, Suite 115 |

| Warner Robins | GA | 31093 |
|---|---|---|
| *City* | *State* | *Zip Code* |

| | |
|---|---|
| County | Houston |
| Telephone Number | 478-302-5600 |
| E-Mail Address *(if known)* | |

☐ Individual capacity    ☒ Official capacity

Defendant No. 4

| | |
|---|---|
| Name | William Childs |
| Job or Title *(if known)* | Municipal Court Clerk |
| Address | 233 North Houston Road, Suite 115 |

| Warner Robins | GA | 31088 |
|---|---|---|
| *City* | *State* | *Zip Code* |

| | |
|---|---|
| County | Houston |
| Telephone Number | 478-302-5600 |
| E-Mail Address *(if known)* | |

☐ Individual capacity    ☒ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

I bring this suit pursuant to Title 42 U.S. Code § 1983 for violations of certain protections guaranteed to me by the Fifth and Sixth amendments to the United States Constitution, by the defendants under color of law in his and her capacities as Attorney General of the State of Georgia, and  Judge, Clerk, and Prosecutor of the Municipal Court of Warner Robins, Georgia. These rights set forth in the United States Constitution were violated in multiple ways that I will detail below.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

C.  Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

This is not a Bivens Claim.

D.  Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

All of the defendants listed in this complaint acted under color of law in their individual respective capacities as court officers of the State of Georgia, Attorney General, Judge, Prosecutor, and Clerk. Every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress.

## III.  Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.  Where did the events giving rise to your claim(s) occur?

Warner Robins Municipal Court, 233 North Houston Road, Suite 115 in The City of Warner Robins, Houston County, Georgia, United States of America.

B.  What date and approximate time did the events giving rise to your claim(s) occur?

April 18th, 2019, between 10:00 A.M. and 4:45 P.M.

C.  What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Please see attatched document.

## IV.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

No Injuries involved.

## V.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

I pray this Court issue equitable relief as follows:

1. Issue injunctive relief commanding defendant(s) to set aside judgement in this case.
2. Issue an order restraining or preventing further harassment by "Code Enforcement" of Warner Robins, Ga.
2. Issue declaratory relief as this Court deems appropriate just.
3. Issue punitive damages as this court deems appropriate and just.
3. Issue other relief as this Court deems appropriate and just.

## VI.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.      For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:            June 18th, 2019

Signature of Plaintiff
Printed Name of Plaintiff        Jonathan Brian Thomas

### B.      For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

| Address | 220 Sedgebrook Drive | | |
|---|---|---|---|
| | Warner Robins | Ga | 31088 |
| | *City* | *State* | *Zip Code* |
| Telephone Number | 808-936-6914 | | |
| E-mail Address | jbthomas@d-cubed.org | | |

Statement of Case:

In early April, of 2019, a Warner Robins Police officer presented himself at my home in Warner Robins, Georgia, stating that an anonymous complaint was made by a neighbor for a large truck being parked in front of the house I was residing in. The neighbor believed that such a large truck was a nuisance, however, upon inspection, the officer stated that the truck was not a commercial vehicle, and was not in any violation of any state or local ordinance, not even within the Warner Robins city limits, hence not in his jurisdiction anyway, thanked me for my time, and left. The next day, a city of Warner Robins, Georgia code enforcer named Josh Ross presented himself at my door and asked if the truck belonged to me. I stated that the truck was not mine, but that it belonged to a friend and former employer named Marquette McMullen, of Atlanta, Georgia, and that I had picked it up for him from a location it could not remain, and parked it there as a favor since he was out of town and that he would be coming to retrieve it within the next 24 hours. The code enforcer stated that he believed the truck to be a commercial vehicle. I stated that the truck does not meet the criteria of being a commercial vehicle as it is not a semi-truck (tractor/trailer). The truck is a large Dodge Ram 3500, but not a commercial motor vehicle under the FMCSA definition of "commercial motor vehicle". He wrote a parking citation anyway and ordered me to appear in court.

On April 17th, 2019 the date printed on the citation to appear in court, I appeared and asked the sitting judge for an attorney and stated I would like a trial by jury, and a continuance to prepare my case. He set the case for trial the following day, the 18th of April, 2019. The next day, I appeared and asked the sitting judge, a different judge, Judge Sherry Campbell for an attorney and trial by jury. She stated that this was not a criminal case, I was not entitled to either, and that the case would proceed that day. The prosecutor, Clarence Williams stated to the judge "Mr. Thomas is clearly here to cause problems and is not willing to do what he is supposed to do and plead guilty and resolve his case, so we will save him for last when all other cases for the day had been heard." I was forced to sit and wait for hours until all other cases were finished. Left for last, the trial proceeded and I was allowed to present clear and convincing evidence that the parking citation was not within the city's jurisdiction to even issue, and in no way a violation of any city or county ordinance, state or federal law, or Federal Motor Carrier Safety Administration rules, and was indeed frivolous. The prosecutor presented two witnesses to testify against me that were not involved in the writing of the citation, not present during any of the events, and had no knowledge of laws or ordinances regarding the case. They testified in open court as to these facts, but stated that upon hearing the evidence the prosecutor presented, that I was probably guilty. I was also forced to testify against my will, and the prosecutor, during questioning, attempted to twist my words in order to get me to self-incriminate. At my closing statement, I reiterated that there was clearly no violation here, but I was informed by Judge Campbell that the city of Warner Robins "makes its own rules and laws regarding such matters and does not follow any state or federal laws to the contrary". I was convicted by judicial ruling of parking a commercial motor vehicle (that was not a commercial motor vehicle) in a residential area. I was sentenced to six months incarceration in the Houston County Detention Center, suspended upon payment of a $200 fine, placed on 90 days probation, and ordered to pay probation supervision costs as well. I quickly prepared and attempted to file an appeal within the 30 day window afforded me by state law. My points of appeal were many and included violations of my constitutional rights, those of which I list here.

First, the Sixth Amendment of The United States Constitution states that defendants may not be tried, convicted, or sentenced for a crime that materially varies from the crime set forth in the formal charge. I was originally charged with a parking violation, a non-criminal offence; however, I was tried in a formal trial, convicted, sentenced to six months incarceration, probation, and monetary fine, as a criminal. (See exhibit A).

Second, at this same trial, I requested, but I was denied court-appointed counsel, or jury, and told before trial that since it was not a criminal case, I was not allowed a court-appointed attorney, or jury, yet after trial, I was convicted and sentenced criminally as previously mentioned, and further face incarceration if I am unable to pay a monetary fine within a time limit. Scott vs. Illinois does not apply in this case, so I believe my Sixth Amendment right to counsel was also violated.

Thirdly, at trial, I was not allowed to confront and cross examine the material accuser in my case. Instead, two surrogate witnesses for the municipality were introduced and allowed to testify, against my strenuous objection, who were neither present for the violation, had no knowledge of the violation, and not involved in the documentation of the alleged parking violation. I was allowed to cross-examine, yet was still convicted based on their testimony after admitting they were not present for the writing of the violation. I was also denied compulsory process for favorable witnesses by not being given time to subpoena witnesses, namely United States Department of Transportation officers and Federal Motor Carrier Safety Administration officers that I believe would have been favorable in my case. These are both guaranteed rights listed in the confrontation clause of the Sixth Amendment of the United States Constitution, and were clearly violated.

Fourthly, I was forced to testify. When I objected, I was instructed by the judge in the case, that if I refused to testify, I would be found guilty. This clearly violated my Fifth Amendment right to avoid self-incrimination.

Lastly, I was denied proper appellate procedure by the Municipal Court. My notice of appeal, appeal, and certificates of service were written and filed in the Municipal Court within the 30-day window afforded me by The Appellate Court of Georgia, however, the filings were not forwarded along with all evidence and transcripts of the case to The Appellate Court as instructed for the Clerk of Court to do in the Georgia Rules of Appellate Procedure. Instead, my appellate filing was mailed to the Houston County Superior court of Georgia by the Municipal Court Clerk, William Childs. I was contacted by the clerk of Superior court to come and retrieve my documents to take back to Municipal court, per the Superior Court judge, which I did, and they were again re-forwarded to the Superior court by the clerk of municipal court, where they still sit. (See Exhibit B). This has clearly violated the due process clause of the Fifth Amendment.

These statements are true and factual, and were recorded on video at trial.